# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM<br><br>v.<br><br>VEHICLE PROTECTION SPECIALISTS, LLC A/K/A VEHICLE SERVICE CENTER, ET AL. | § §§§§§§§ Civil Action No. 4:19-CV-812<br>(Judge Mazzant/Judge Nowak) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff Craig Cunningham's Motion to Dismiss with Prejudice, wherein Plaintiff "requests the court dismiss the case against all parties with prejudice" (Dkt. #13). To date, Defendants have not answered or otherwise filed a responsive pleading. After reviewing the Motion, and all relevant filings, the Court finds the Motion should be **GRANTED**. Accordingly,

It is therefore **ORDERED** that the above captioned and numbered civil action is hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 20th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE